FILED
2010 Jan-11  PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **HARRIETT FURMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | **CIVIL ACTION NO:** |
| ) | **2:09-CV-610** |
| **NCO FINANCIAL SYSTEMS, INC.,** ) | |
| **NCO GROUP, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S STIPULATION OF DISMISSAL

**COMES NOW** the Plaintiff in the above-styled cause, by and through her attorney of record, and hereby requests that this case be dismissed with prejudice against the Defendants, with costs taxed as paid.

/s/W. Whitney Seals
Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)
filings@plc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8 January 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

NONE

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

**NCO FINANCIAL SYSTEMS, INC.**
**C/O THE CORPORATION COMPANY**
**2000 INTERSTATE DRIVE, SUITE 204**
**MONTGOMERY, AL 36109**

**NCO GROUP, INC.**
**C/O THE CORPORATION COMPANY**
**2000 INTERSTATE DRIVE, SUITE 204**
**MONTGOMERY, AL 36109**

Allison L. Cannizaro, Esq.
Sessions, Fishman, Nathan & Israel, LLP
3850 N. Causeway Blvd., Suite 200
Metairie, LA 700027227

/s/W. Whitney Seals
OF COUNSEL