FILED
2010 Jan-13 PM 12:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARRIET FURMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:09-cv-610-AKK |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| NCO GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Plaintiff's Stipulation of Dismissal, (Doc. 10), is hereby GRANTED.  This action is hereby DISMISSED with prejudice.

Costs taxed as paid.

Done the 12th day of January, 2010.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE